UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Criminal Action No. 5:19-CR-102-CHB-2 |
| v. | ) ) ) | **ORDER ADOPTING** |
| MARVIN CASTILLO DOMINGUEZ, | ) ) | **RECOMMENDATION OF** **ACCEPTANCE OF GUILTY PLEA** |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett [R. 125]. At this hearing Defendant Dominguez personally consented to plead before the United States Magistrate Judge and to the Magistrate Judge conducting a Rule 11 hearing and making a recommendation concerning plea acceptance. Defendant Dominguez also filed a consent to plead before the United States Magistrate Judge. [R. 122] Defendant Dominguez advised the Court of his desire to enter a plea of guilty to Count 1 of the Superseding Indictment, and Magistrate Judge Stinnett found that the Defendant pled guilty in a knowing, voluntary, and intelligent fashion. [R. 125 at p. 1] Magistrate Judge Stinnett recommended that the Court accept Defendant Dominguez's guilty plea and adjudge him guilty of Count 1 of the Superseding Indictment. *Id.* at p. 2.

The Recommendation instructed the parties to file any specific written objections with three (3) days after being served with a copy of the Recommendation, or else waive the right to further review. *See id.* at p. 3. Neither party has objected to the Magistrate Judge's Recommendation, and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant Dominguez knowingly and competently pled guilty to the charged offenses and that an adequate factual basis supports the plea as to each essential element of the offenses charged. Accordingly, and the Court being otherwise advised,

**IT IS HEREBY ORDERED** as follows:

1. The Court **ADOPTS** the Recommendation to Accept Guilty Plea [**R. 125**], **ACCEPTS** the Defendant's guilty plea, and **ADJUDGES** him guilty of Count 1 of the Superseding Indictment to which he pleaded. The Court will issue a separate sentencing order.

This the 4th day of December, 2019.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY